# In the United States District Court for the Southern District of Georgia Waycross Division

UNITED STATES OF AMERICA,

v.

TONY TYRONE WEBB, JR.,

Defendant.

CR 512-001-2

## ORDER

Before the Court are Defendant Tony Webb's motions to be placed in home confinement or a halfway house during the last twelve months of his imprisonment sentence. Dkt. Nos. 173, 174. His motion must be **DISMISSED**.

The Bureau of Prisons designates the place of a prisoner's imprisonment, 18 U.S.C. § 3621(b), and "shall, to the extent practicable, ensure that a prisoner serving a time of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community," id. § 3624(c).

The Court does not have the ability to grant Defendant the relief he seeks. After a district court sentences a federal offender, the Bureau of Prisons is responsible for administering the sentence. United States v. Wilson, 503 U.S. 329, 331

(1992); see also 18 U.S.C. § 3621. To the extent Defendant is challenging the Bureau of Prisons' decision in that regard, his remedy is to file a petition pursuant to 28 U.S.C. § 2241. Antonelli v. Warden, U.S.P. Atlanta, 542 F.3d 1348, 1352 (11th Cir. 2008) ("[C]hallenges to the execution of a sentence, rather than the validity of the sentence itself, are properly brought under § 2241.").

Accordingly, Defendant's motions, dkt. nos. 173, 174, are **DISMISSED**.

**SO ORDERED**, this 28 day of November, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA